# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# APPEAL NOS. 23-1798 & 23-1805

# UNITED STATES,
Appellee,

v.

# OSMERLIN CARRION-CORDONES,
# JASON CHAVEZ,
Defendants – Appellants.

---

## UNITED STATES' MOTION TO STAY AND/OR AN EXTENSION OF THE BRIEFING SCHEDULE

---

**TO THE HONORABLE COURT:**

The United States requests that the Court grant its motion to stay the briefing schedule. In support thereof, the government states as follows:

1. On appeal, Defendants-Appellants Osmerlin Carrion-Cordones and Jason Chavez argue, in part, that the district court erred when it did not grant their request for a minor role adjustment.

2. This Court recently heard arguments in *United States v. Ceballos,* Case No. 23-1610, and *United States v. Guía-Sendeme*, Case No. 23-1162, that dealt with similar circumstances. So the government would like the

Court's guidance in *Ceballos* and/or *Guía-Sendeme* prior to determining how to proceed in this case.

3. The undersigned reached out to defendants' counsels, Mr. Bisbal-Bultrón and Mr. Gonzalez, who stated that they needed more time to evaluate the cases and provide their position to the government's stay motion. Both defendants were sentenced to 87 months, but their sentences were subsequently reduced to 70 months based on the now-effective retroactive guideline amendments.

4. As a result, the United States respectfully requests that the briefing schedule in this appeal be stayed pending the Court's issuance of a decision in *United States v. Ceballos* and/or *United States v. Guía-Sendeme*.

5. The Clerk of the Court also gave notice that the United States was required to file its brief by November 27, 2024. In the event that the Court does not grant the stay by that date, the United States does not want to be in default of the briefing schedule. Therefore, pending resolution of the stay motion, the United States requests a 30-day extension, that is until December 27, 2024.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant a stay of the briefing schedule for this appeal.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of November 2024.

        W. Stephen Muldrow
        United States Attorney

        Mariana E. Bauzá-Almonte
        Assistant United States Attorney
        Chief, Appellate Division

        /s/Maarja T. Luhtaru
        Assistant United States Attorney
        United States Attorney's Office
        Torre Chardón, Suite 1201
        350 Carlos Chardón Avenue
        San Juan, Puerto Rico 00918
        Tel (787) 766-5656
        Fax (787) 772-3976

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on November 26, 2024, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification to the appellant.

/s/ Maarja T. Luhtaru
Assistant United States Attorney
