# United States Court of Appeals
## For the First Circuit

---

No. 23-1798

UNITED STATES,

Appellee,

v.

OSMERLIN CARRION-CORDONES, a/k/a Osmerge Cordones,

Defendant - Appellant.

No. 23-1805

UNITED STATES,

Appellee,

v.

JASON CHAVEZ,

Defendant - Appellant.

---

Before

Barron, Chief Judge,
Rikelman, and Aframe, Circuit Judges.

---

**JUDGMENT**

Entered: June 9, 2025

    The government has filed an assented-to motion requesting remand for resentencing and a motion to clarify its remand request. The motion to clarify is granted. The government having confessed error with respect to appellants' request for a minor role adjustment and seeking remand for application of a two-level minor role reduction, we grant the motion, vacate the sentences, and

remand for application of the minor role adjustment. Parenthetically, we note that the court may consider accounting for the decrease in the base offense level calculation pursuant to USSG § 2D1.1(a)(5). In addition, the district court purported to grant a sentence reduction as to each defendant while these matters have been on appeal. We treat the court's orders in that regard as indicative rulings and remand for further consideration. <u>See</u> <u>United States</u> v. <u>Maldonado-Rios,</u> 790 F.3d 62 (1st Cir. 2015).

                                              By the Court:

                                              Anastasia Dubrovsky, Clerk

cc:
Hon. Francisco A. Besosa
Ada García-Rivera, Clerk, United States District Court for the District of Puerto Rico
Ramon Manuel Gonzalez-Santiago
Osmerlin Carrion-Cordones
Max J. Pérez-Bouret
Mariana E. Bauzá-Almonte
Vanessa Elsie Bonhomme
Maarja Tiganik Luhtaru
Camille Garcia-Jiménez
Antonio L. Perez-Alonso
Linet Olinghouse
Antonio L. Bisbal Bultrón
Jason Chavez